UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Carmalita Blountt,

      Plaintiff,

v.

Commissioner of Social Security
Administration,

      Defendant.

_____

Civil No. 07-cv-3871 (DSD/JJG)

**ORDER**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

    A.     Plaintiff's motion for summary judgment (Doc. No. 8) is **DENIED**.

    B.     Defendant's motion for summary judgment (Doc. No. 13) is **GRANTED**.

    C.     This case is **DISMISSED WITH PREJUDICE**.

Dated: August 18, 2008

                                             s/David S. Doty
                                             DAVID S. DOTY, Judge
                                             United States District Court